UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                          Hon. James W. Boyd

THURL E. HARTMAN and                            Case No. 14-03868
BETTY A. HARTMAN,
                                                Chapter 7

                    Debtors
_____/

## NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND: ACCEPTANCE OF APPOINTMENT AS TRUSTEE TO THE UNITED STATES BANKRUPTCY COURT, CLERK OF THE COURT

1.  Pursuant to sections 701 and 322 of title 11, United States Bankruptcy Code,

    Kelly M. Hagan is appointed as trustee in the estate of the above-captioned debtor.

    This case is assigned to the trustee's blanket bond, which as previously been filed

    and approved.

2.  The trustee appointed herein shall serve as trustee without further appointment or

    qualifications.

                                    DANIEL M. McDERMOTT

                                    United States Trustee
                                    Region 9 (Michigan/Ohio)


Dated: 10/8/14                      By: /s/_____
                                        Michelle M. Wilson


I, the undersigned, do hereby reject my appointment as trustee in the above-captioned case.


Dated:  October 7, 2014
                                    _____
                                    Kelly M. Hagan, Trustee

*Trustee has hired an assistant who was employed at the time of this case by the debtors' attorney.